**No. 63885.**—Schildkraut Bros. *v.* United States, protest 59/19135 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63886.**—Inter-American Minerals Corp. *v.* United States, protest 59/19141 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63887.**—Inter-American Minerals Corp. *v.* United States, protest 59/19142 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63888.**—Byn Watch Company *v.* United States, protest 59/19330 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63889.**—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21795 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63890.**—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21797 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63891.**—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21796 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MARCH 3, 1960

**No. 63892.**—Standard Brands Paint Co., Inc., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 58/21294, etc. (Los Angeles).